

# 25-002186-CI : AROMAVALUE INC Vs. TARGET CORPORATION

| | | | |
|---|---|---|---|
| Case Type: | CONTRACTS AND INDEBTEDNESS - CIRCUIT | Date Filed: | 04/25/2025 |
| Status: | OPEN | Court: | Section 7 |
| Judicial Officer: | PATRICIA ANN MUSCARELLA | UCN: | 522025CA002186XXCICI |
| Citation Number: | | | |

## Events & Documents

| Date | Event | Comments | Docket Number | Pages |
|---|---|---|---|---|
| 05/06/2025 | SUMMONS RETURN OF SERVICE - SERVED | 05062025 | 12 | 3 |
| | Party: TARGET CORPORATION , | | | |
| 04/29/2025 | SUMMONS - ISSUED | | 11 | 2 |
| | Party: TARGET CORPORATION , | | | |
| 04/29/2025 | STANDING ORDER ASSIGNING GENERAL CIVIL CASE TRACK | EJFECTIVE PER ADMIN. ORDER 2025-006 PA/PI-CIR | 10 | 2 |
| 04/25/2025 | EXHIBIT | B2 DOMESTIC INVOICE | 9 | 2 |
| 04/25/2025 | EXHIBIT | A FORM 850 PURCHASE ORDER PRINT REVIEW | 8 | 2 |
| 04/25/2025 | EXHIBIT | D2 IMPROPERLY DISCOUNTED SCENT FILL INVOICES | 7 | 3 |
| 04/25/2025 | EXHIBIT | D1 IMPROPERLY DISCOUNTED SCENT FILL INVOICES | 6 | 66 |
| 04/25/2025 | EXHIBIT | C OUTSTANDING SCENT FILL INVOICES | 5 | 10 |
| 04/25/2025 | EXHIBIT | B INVOICE | 4 | 2 |
| 04/25/2025 | COMPLAINT | | 3 | 12 |
| 04/25/2025 | SUMMONS - NOT ISSUED | NOT ISSUED PER AO 2025-006 NEED STANDING ORDER | 2 | 8 |
| 04/25/2025 | CIVIL COVER SHEET - E-FILED | | 1 | 3 |
| | Amount: 100001.00 | | | |

| Date | Description | | | Doc | Pages |
|---|---|---|---|---|---|

