Filing # 221996627 E-Filed 04/29/2025 10:27:48 AM

IN THE CIRCUIT COURT FOR THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS AND PASCO COUNTIES, FLORIDA
CIVIL DIVISION

Plaintiff(s),
AROMAVALUE, INC., d/b/a
Scent Fill, a Florida corporation,
v.
TARGET CORPORATION, a
Minnesota corporation
Defendant(s).

Case No. 25-002186-CI
UCN:_____

_____/

## GENERAL CASE STANDING ORDER

All civil actions, except those enumerated in Fla. R. Civ. P. 1.200(a), must be assigned one of three case management tracks within **120 days** after the action is filed: streamlined, general, or complex. *See* Fla. R. Civ. P. 1.200(b). NOTE: The parties must comply with Fla. R. Civ. P. 1.201 to designate the action as "complex." **Plaintiff(s), or Plaintiff(s)'s counsel, must file and serve this Standing Order upon all named Defendant(s) or Defendant(s)'s counsel with the summons and complaint.**

### CASE TRACK ASSIGNMENT: GENERAL

| DEFINITION: | PROJECTED TRIAL DATE: |
|---|---|
| All other civil actions that do not meet the criteria for "complex" or "streamlined" cases. | 18 months after the action is filed. *See* Fla. R. Civ. P. 1.440. |

### DEADLINES:

The parties are subject to a continuing duty to **MEET AND CONFER** regarding the projected deadlines established by this Order. *All deadlines established by this Order must be strictly enforced and can only be changed by court order*. If a party is unable to meet the established case management deadlines, the party must notify the Court within a reasonable time. Any request to change the overall case track assignment must be filed promptly after the appearance of good cause to support the motion. To modify the terms of this Order, the parties may: (1) submit an agreed order to the Court to extend a deadline; or (2) file a motion in accordance with Fla. R. Civ. P. 1.200(e)(3)(A)-(D) seeking leave of Court to extend a deadline, modify this Order, or alter a projected trial period. To schedule an actual trial date, the parties must cooperate with the Court according to its practice preferences. To alter an actual trial period, the parties must satisfy the requirements of Fla. R. Civ. P. 1.460.

| CATEGORY: | GENERAL CASE DEADLINES: |
|---|---|
| **Service of Complaint** | 120 days after the action is filed. *See* Fla. R. Civ. P. 1.070(j). |

| Service under Extension | Deadlines for extensions to serve process upon defendants are at the discretion of the trial judge. *See* Fla. R. Civ. P. 1.070(j). |
|---|---|
| **Pre-Trial Conference** | To be scheduled pursuant to the trial judge's practice preferences. |
| **Schedule a Trial Date** | 8 months after the action is filed. *See* Fla. R. Civ. P. 1.440. |
| **Adding New Parties** | Deadline for adding new parties is at the discretion of the trial judge. *See* Fla. R. Civ. P. 1.070(j); *see also* Fla. R. Civ. P. 1.190. |
| **Completion of Fact Discovery** | 30 days before the pre-trial conference. |
| **Completion of Expert Discovery** | 30 days before the pre-trial conference. |
| **Filing and Service of Motions for Summary Judgment** | File and serve 60 days before the pre-trial conference. Must be heard prior to the pre-trial conference. |
| **Filing and Resolution of All Objections to Pleadings** | Before the pre-trial conference. |
| **Filing and Resolution of All Pretrial Motions** | Before the pre-trial conference. |
| **Completion of Alternative Dispute Resolution,** including Non-Binding Arbitration and Mediation | Before the pre-trial conference. |

    **THEREFORE, it is ORDERED and ADJUDGED** in the Sixth Judicial Circuit, Florida, this \_\_\_\_ day of _____, 20\_\_\_:

    The above-styled case is designated as **GENERAL** with a projected trial date of **18 MONTHS AFTER THE ACTION IS FILED**, and all parties must abide by the corresponding deadlines.

*Effective per Admin. Order*
*2025-006 PA/PI-CIR*

_____
Shawn Crane, Chief Judge